UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     20-cr-470 (PKC)

      -against-

                                                     ORDER

Kenneth Wynder, Jr.,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        In lieu of Susan J. Walsh, George R. Goltzer is appointed counsel to Kenneth Wynder, Jr. pursuant to the CJA.

        SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       September 10, 2020