Application GRANTED.
SO ORDERED.
1/4/21

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

**George Robert Goltzer**
**Attorney At Law**
**152 West 57ᵗʰ Street**
**8ᵗʰ Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

**Tel.  (2 12) 608-1260**
**Fax (1646) 430-8944**
**Cell: (917) 553-6704**
**grgoltzer@gmail.com**

December 30 , 2020

Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Re: ***United States v. Kenneth Wynder***, 20 Cr. 470 (KPC)

Dear Judge Castel:

Please accept this letter as an application, on behalf on Kenneth Wynder,  on consent of the government and without objection from Probation, modifying the conditions of his release to the extent of permitting hin to travel from is Pennsylvania home to Fredericksburg in  the Eastern District of Virginia to visit a friend. A detailed itinerary has been sent by me to Pennsylvania Probation Officer Dempsey at the request of   SDNY Probation.  Mr. Wynder would leave for Virginia on Sunday, January 3, 2021 and return to his home on Tuesday, January 5, 2021.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter and post it on ECF. Thank you for your consideration.  I remain

Respectfully,
*S/GRGoltzer*
George R. Goltzer

All parties via ECF

GRG/ms

-1-