UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              20-cr-470 (PKC)

       -against-

                                                                              ORDER

KENNETH WYNDER JR. and
STEVEN WHITTICK,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter scheduled for February 23, 2021 at 3 p.m. will take place as a teleconference.  The call-in information is:

        <u>Dial-in</u>:       (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                                     P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           February 18, 2021