**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Tel. (212) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

March 11, 2021

Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Application granted.
So Ordered.
[signature]
3-11-21

Re: *United States v. Kenneth Wynder*, 20 Cr. 470 (KPC)

Dear Judge Castel:

Please accept this letter as an application, on behalf of Kenneth Wynder, for whom I have been appointed, for an order permitting him to travel to the District of Virginia between March 20, and March 24, 2021 for social reasons, where he will stay at the Residence Inn, 60 Town Center Boulevard, Fredericksburg, VA.

The government consents to this application, by Assistant U.S. Attorney David Lewis. If this is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers publish it via ECF. Thank you for your consideration. I remain

Respectfully,
*S/GRGoltzer*
George R. Goltzer

All parties via ECF

GRG/ms

-1-