# George Robert Goltzer
## Attorney At Law
## 152 West 57th Street
## 8th Floor
## New York, NY 10019

**Ying Stafford**  
**Associate Counsel**

Tel. (2 12) 608-1260  
Fax (1646) 430-8944  
Cell: (917) 553-6704  
grgoltzer@gmail.com

August 10, 2021

Hon. Kevin P. Castel  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007  
Via ECF

Re: *United States v. Kenneth Wynder*, 20 Cr. 470 (KPC)

Dear Judge Castel:

> *Application DENIED. Wynder has not explained the "part business" purpose of the trip. Further, reference to economy travel and reduced hotel rate does not address the concern that he will otherwise dissipate assets potentially subject to restitution.*
>
> *SO ORDERED*  
> */s/ Castel, USDJ*  
> *8-11-21*

Please accept this letter as an application to permit Mr. Wynder to travel to Las Vegas, Nevada September 2, 2021, returning September 7, 2021, so that he may stay at the Rio All Suite Casino Hotel to attend a Billiard Tournament as part vacation and part business.

The government advised me that it will object to the trip for financial reasons, and will write in opposition. Mr. Wynder's trip will involve economy airline tickets and his hotel stay a reduced rate room. Mr. Wynder advises that Probation has no objection but, of course, requires court approval.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter and post it on ECF. Thank you for your consideration. I remain

Respectfully,  
*S/GRGoltzer*  
George R. Goltzer

All parties via ECF

-1-

GRG/ms

-2-