**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**  Tel. (2 12) 608-1260
**Associate Counsel**  Fax (1646) 430-8944
  Cell: (917) 553-6704
  grgoltzer@gmail.com

December 20, 2021

Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Re: *United States v. Kenneth Wynder*, 20 Cr. 470 (KPC)

Dear Judge Castel:

    Please accept this letter an application, with government consent, to permit Mr. Wynder to travel to and from the District of Virginia so that he may visit a friend in Fredericksburg from January 5, to 8, 2022, when he will stay at the Residence Inn at 60 Towne Center Boulevard, Fredericksburg. If This is agreeable, may I impose upon Your Honor to "so order" this letter and have Chambers post it ECF. Thank you for your consideration, I remain

        Respectfully,
        *GRGoltzer*
        George R. Goltzer

All parties via ECF   Application GRANTED.

GRG/ms   SO ORDERED.
  Dated: New York, New York
        December 20, 2021

  _____
  P. Kevin Castel
  United States District Judge

-1-