**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

January 3, 2022

Application GRANTED
SO ORDERED
[signature] USDJ
1-5-22

P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Wynder*, 20 Cr. 470 (PKC)

Dear Judge Castel:

Please accept this letter as an application, with government consent, for an order modifying conditions of release to the extent of rescheduling the previously permitted trip to Virginia, currently scheduled for January 5 thru 8, 2022, to February 2 thru 5, 2022. The request is occasioned as a result of a current illness and Mr. Wynder's doctor's advice that he not travel at this time. All particulars, save the dates, will remain the same. Mr. Wynder will travel to and from Fredericksburg and stay at the Residence Inn at 60 Towne Center Boulevard. He will visit a friend.

If this is agreeable, may I impose upon Your Honor to have this letter "so ordered" and published via ECF. Thank you for your consideration and Happy New Year. I remain,

Respectfully,
*s/GRGoltzer*
George R. Goltzer

cc: All parties via ECF
GRG/ms