> Application GRANTED.
> SO ORDERED.
> Dated: 3/14/2022
>
> *P. Kevin Castel*
> United States District Judge

**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Tel.  (212) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

March 12, 2022

P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Wynder,* 20 Cr. 470 (PKC)

Dear Judge Castel:

    Please accept this letter as an application, with government consent, for an order modifying conditions of release to the extent of permitting Mr. Wynder to travel to Orlando, Florida via air from LaGuardia airport on March 25, 2022, returning on March 31, 2022, the fare being $181.00 round trip. Mr. Wynder will vacation with friend Charles Jiminez, lodging at the Jiminez home at 10102 Portofino Way, Championsgate, FL 33896.

    If this is agreeable, may I impose upon Your Honor to have this letter "so ordered" and published via ECF. Thank you for your consideration. I remain,

        Respectfully,
        *s/GRGoltzer*
        George R. Goltzer

cc: All parties via ECF
GRG/ms