**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

May 26, 2022

P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*Application Granted.*
*SO ORDERED*
*[signature] USDJ*
*5-27-22*

Re: *United States v. Wynder*, 20 Cr. 470 (PKC)

Dear Judge Castel:

Please accept this letter as an application, on notice to the government, for an order modifying conditions of release to the extent of permitting Mr. Wynder to travel to and from Fredericksburg, Virginia from June 1, 2022 thru June 4, 2022. He will stay at the Fairfield Inn, 10330 Spotsylvania Avenue, Fredericksburg, Va. He will visit a friend. This request was originally granted permitting Mr. Wynder to take the trip from May 12, to May 14, with government consent, but due to illness he did not do so. In effect, he is now requesting a postponed trip under the same modification granted earlier

If this is agreeable, may I impose upon Your Honor to have this letter "so ordered" and published via ECF. Thank you for your consideration. I remain,

Respectfully,
*s/GRGoltzer*
George R. Goltzer

cc: All parties via ECF
GRG/ms