```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,
                                                              S1 20 CR 470 (PKC)

              -against-                                       ORDER

KENNETH WYNDER, JR. and ANDREW BROWN,

                            Defendant.
-----------------------------------------------------------x
```

P. KEVIN CASTEL, U.S.D.J.

      Letter motions DE 82 and DE 121 are provisionally GRANTED.

      SO ORDERED.

                                              P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          July 20, 2022