**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**                                               Tel. (212) 608-1260
 Associate Counsel                                              Fax (1646) 430-8944
                                                                Cell: (917) 553-6704
                                                                grgoltzer@gmail.com

October 14, 2022

P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Wynder,* 20 Cr. 470 (PKC)

Dear Judge Castel:

    Please accept this letter as an application, without objection from Pretrial and upon consent of Assistant United States Attorney Eli Mark, for an order modifying conditions of release to the extent of permitting Mr. Wynder to travel from his Pennsylvania home to Hoboken, New Jersey on October 22, 2022, attend a social event, spend the night in Hoboken, and return to his Pennsylvania home on October 23, 2022.

    If this is agreeable, may I impose upon Your Honor to have this letter "so ordered" and published via ECF. Thank you for your consideration. I remain,

                                        Respectfully,
                                        *s/GRGoltzer*
                                        George R. Goltzer

Application for one night of travel to Hoboken is GRANTED.
SO ORDERED.
10/17/2022

_____
P. Kevin Castel
United States District Judge

cc: All parties via ECF
GRG/ms