# George Robert Goltzer
## Attorney At Law
### 152 West 57th Street
### 8th Floor
### New York, NY 10019

**Ying Stafford**
**Associate Counsel**

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

November 30, 2022

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
11-30-22

Re: *United States v.* **Wynder**, 20 Cr. 470 (PKC)

Dear Judge Castel:

Please accept this letter as an application, with consent of the government and supervising Probation Officer Dempsey, for permission to travel as described below.

Mr. Wynder would drive from his home to Vicksburg, Virginia to visit a friend. He will leave on December 7, and return to his home from the where he will stay, Fairfield Inn Suites, 10330 Spotsylvania Avenue, Fredricksburg, Virginia, on December 10, 2022.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter and publish it via ECF. Thank you. I remain

        Respectfully,
        *s/GRGoltzer*
        George R. Goltzer

All parties via ECF