**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford
Associate Counsel

Tel. (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

December 9, 2022

P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Wynder,* 20 Cr. 470 (PKC)

Dear Judge Castel:

Please accept this letter as an application, with government and supervising probation consent, for an order modifying conditions of release to the extent of permitting Mr. Wynder to travel to and from Fredericksburg, Virginia from December 15, thru December 17. He will stay at Town Place Suites, 4700 Market Street, Fredericksburg, VA.

This application is caused by the person to have been visited on the prior order has been called away on busniess during the earlier December dates.

If this is agreeable, may I impose upon Your Honor to have this letter "so ordered" and published via ECF. Thank you for your consideration. I remain,

Respectfully,
s/GRGoltzer
George R. Goltzer

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

12-8-22

cc: All parties via ECF
GRG/ms