UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                            20-cr-470 (PKC)

        -against-                                               ORDER

KENNETH WYNDER,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        For good cause shown, George Goltzer's application to withdraw is granted and Jeremy Schneider is appointed pursuant to the Criminal Justice Act to represent Kenneth Wynder, Jr. Ying Stafford who has appeared in this matter on March 4, 2021 and acted as associate counsel to defendant Wynder shall remain as associate counsel to assist incoming counsel pending further order of the Court.

        SO ORDERED.

                                                                P. Kevin Castel
                                                     United States District Judge

Dated:   New York, New York
             August 3, 2023