# Federal Public Defender's Office
## Western District of New York

**Marianne Mariano**
**Federal Public Defender**
marianne_mariano@fd.org

**Tim Murphy**
**Assistant Federal Public Defender**
Timothy_murphy@fd.org

300 Pearl Street, Suite 200
Buffalo, New York 14202

716-551-3341
Fax: 716-551-3346

Rochester Office
28 East Main Street
First Federal Plaza, Suite 400
Rochester, New York 14614
585-263-6201
585-263-5871-fax

Reply to: Buffalo

June 4, 2024

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendant Wynder's time to surrender to the institution designated by the BOP is extended to on or before 2 pm on June 14, 2024.
> SO ORDERED.
> Dated: 6/5/2024
>
> *[signature]*
> P. Kevin Castel
> United States District Judge

     *Re:*    *United States v. Kevin Wynder*
            *No. 20-cr-470 (PKC)*

Dear Judge Castel:

     On May 2, 2024, Your Honor generously permitted Mr. Wynder to report to the Bureau of Prisons no later than June 7th to begin serving his prison sentence. *See*, Doc. 275 *(memo endorsement)*.

     Mr. Wynder contacted the U.S. Marshals Service for the Southern District today just to inform them that he would be surrendering himself on June 7th and to ask some logistical questions. They indicated that he was designated to the Federal Medical Center ("FMC") in Fort Worth, Texas. In the interim, he would be placed in custody at the Manhattan Detention Complex ("MDC") where he would wait for other inmates who need to be transported before being brought to the Texas facility. Because of his ongoing medical issues and being almost 61 years of age, Mr. Wynder will not be able to address his myriad of medical needs at the MDC.

     Mr. Wynder would like to surrender directly to FMC Fort Worth. However, this is over 1,500 miles from his home in Stroudsburg, Pennsylvania -- at least a three-day drive. Moreover, Mr. Wynder has medical issues he needs to address regarding both his wife (who, again, suffers from leukemia) and himself.

     Accordingly, Mr. Wynder, who has never violated his terms of release, respectfully requests that this Court permit him one final extension (until **Friday, June 14, 2024, at 2 p.m.**) in order for him to surrender directly to FMC Fort Worth.

      Because of the urgency of this matter, I have not sought the position of the government regarding this request.

      Thank you.

                                             Very truly yours,

                                             /s/ *Tim Murphy*
                                             Tim Murphy
                                             Assistant Federal Public Defender

TM:kag