UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                 20-cr-470-1 (PKC)

            -against-                                                <u>ORDER</u>

KENNETH WYNDER,

                                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On October 31, 2024, Kenneth Wynder filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF 282.)  The government shall respond to Wynder's motion for compassionate release by January 15, 2025.

        SO ORDERED.

P. Kevin Castel<br>
United States District Judge

Dated: New York, New York
         November 26, 2024